Opinion
issued January 26, 2012.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00860-CV

 



 

ASHLEY OLATUNDE MARTINS, Appellant

 

V.

 

FUNMI LOLA MARTINS, Appellee

 



 

On Appeal from the 309th
District Court

Harris County, Texas

Trial Court Cause No. 2009-41026

 



 

MEMORANDUM
OPINION








Appellant, Ashley Olatunde Martins, has
failed to timely file a brief.  See
Tex. R. App. P. 38.8(a) (failure
of appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.